Case Name: Lopez et al v. Jennie's Kitchen LLC et a    Case Number: 24 CV - 02092 (PKC) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | 07/16/24 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 07/19/24 |
| 3. Requested: | | | |
|     a. Medical records authorization | | X | |
|     b. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5. Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | X | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 08/23/2024 |
| 2. Defendant to make settlement offer | | | 09/23/2024 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | X | | 09/23/2024 |
| 4. Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 09/23/2024 |
| 2. Motion to amend pleadings | | | 09/23/2024 |
| 3. Initial documents requests and interrogatories | | | 08/23/2024 |
| 4. All fact discovery to be completed | | | 11/25/2024 |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 5. Expert discovery (only if needed) | | *Check here if not applicable* ☒ | |
| a. Affirmative expert reports due | | | |
| b. Rebuttal expert reports due | | | |
| c. Depositions of experts to be completed | | | |
| 7. Completion of all discovery (if different from C.4) | | | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 12/02/2024 |
| 9. If any party seeks a **dispositive motion**, date to<br>   a. file request for pre-motion conference (if required), or<br>   b. file briefing schedule for the motion | | | 12/30/2024 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 01/03/2025 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | X | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____                    _____
**LARA K. ESHKENAZI**                             **Date:**
United States Magistrate Judge