UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CARLOS ALBERTO LOPEZ, MARGARITA ALVAREZ, LETICIA MATA LAZARO, and MARIEL BADILLO HOYOS, *individually and on behalf of others similarly situated*,

*Plaintiffs*,

- against -

JENNIE'S KITCHEN LLC (D/B/A JENNIE'S KITCHEN), JENNIFER DENISE PINEDA, and ERIK PINEDA,

*Defendants.*
--------------------------------------------------------X

**Index No.** 1:24-cv-02092- PKC-TAM

**NOTICE OF MOTION**

Michael Faillace & Associates, P.C., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff Carlos Alberto Lopez in the above-captioned matter, for the reasons set out in the accompanying declaration of Robert Jun.

WHEREFORE, undersigned counsel respectfully requests that this Court permit Michael Faillace & Associates, P.C. to withdraw as counsel for Plaintiff Carlos Alberto Lopez in this matter.

Dated: New York, New York
   July 7, 2025

*/s/ Robert Jun*
Robert Jun
**Michael Faillace & Associates, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165
(tel) 212-317-1200
(fax) 212-317-1620

1