# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

_____

BY ECF　　　　　　　　　　　　　　　　　　　　　　　　　　September 30, 2025
Honorable Judge Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　　Re: **Lopez et al v. Jennie's Kitchen LLC et al**
　　　　　　　　　　Index No.: 1:24-cv-02092-PKC-LKE

Dear Judge Moses:

　　　This firm represents Plaintiffs in the above-captioned matter. We submit this letter jointly with Defendants as per this Court's August 13, 2025 order, directing this firm to submit a status letter regarding Plaintiff Carlos Alberto Lopez' situation. He has been released by Immigration and Customs Enforcement and is now able to communication with us. This firm will complete discovery with respect to Lopez and respectfully ask for an extension beyond the October 17, 2025 deadline granted by the Court on August 7, 2025.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　__/s/ Michael Faillace__
　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.
　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*