# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
_____

March 10, 2026

BY ECF
Honorable Judge Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Lopez et al v. Jennie's Kitchen LLC et al**
**Index No.: 1:24-cv-02092-PKC-LKE**

Dear Judge Eshkenazi:

This firm represents all Plaintiffs in the above-referenced matter. On September 30, 2025, our office sent a deficiency letter to Defendants regarding their discovery responses. On November 18, 2025, the undersigned emailed Defendants' counsel requesting a meet and confer regarding Defendants' discovery responses, but we did not receive a response. On February 23, 2026, the undersigned emailed Defendants' counsel requesting to meet and confer regarding Defendants' discovery responses and scheduling depositions, but Defendants' counsel did not provide any dates to schedule a phone call, stating that discovery was stayed. Accordingly, we request that Defendants' counsel be ordered to meet and confer with the undersigned to schedule Defendants' deposition dates by March 13, 2026. Further, we request that Defendants be compelled to provide a sufficient answer to the following discovery demands by March 17, 2026, as the parties have a mediation on March 20, 2026:

**Corporate Defendant's Response to Interrogatories:**

Interrogatory No. 6: Identify each person responsible for managing employees including each and every person responsible for the following tasks:
a. determining employees' compensation;
b. determining employees' work hours or work schedules;
c. determining employees' status as exempt or nonexempt;
d. calculating employees' time worked;
e. preparing the payroll;
f. maintaining payroll records; and
g. paying employees

Your Response: Defendant objects to each Request to the extent that they seek documents generated subsequent to the commencement of this litigation, on the grounds that such Requests

*Certified as a minority-owned business in the State of New York*

Page 2

seek information either not relevant to the subject matter of the litigation, and/or not reasonably calculated to lead to the discovery of admissible evidence.

Deficiency: The response consists solely of objections and fails to provide any substantive answer. Pursuant to FRCP 34 (b)(2)(c), Defendants must state whether responsive materials are being withheld on the basis of this objection. Moreover, this request is relevant towards the identification of witnesses who can attest to Plaintiffs' working hours, Defendants' compensation policy and time recording practices. Plaintiffs are entitled to this information as it is relevant towards who is an employer of the Plaintiffs.

Interrogatory No. 19: "State the method by which Plaintiffs' hours or work were recorded and maintained"

Your Response: "Defendant objects to each Request to the extent that they seek documents generated subsequent to the commencement of this litigation, on the grounds that such Requests seek information either not relevant to the subject matter of the litigation, and/or not reasonably calculated to lead to the discovery of admissible evidence."

Deficiency: The response consists solely of objections and fails to provide any substantive answer. Plaintiffs are entitled to this information as the method of recording and maintaining hours worked is relevant to liability.

Interrogatory No. 20: "For the Plaintiffs, state the method by which overtime pay was calculated and accounted for."

Your Response: "Defendant identifies the bates-stamped documents produced simultaneously herewith."

Deficiency: Pursuant to Federal Rule of Civil Procedure 33(d)(1), the response is deficient. The response fails to identify which specific documents are responsive to the interrogatory. Please provide a complete response by identifying the specific bates-stamped documents that are responsive to this request.

**Corporate Defendants' Response to Request for Production of Documents:**

Request No. 15: Copies of the Corporate Defendants' federal, state and local income tax returns for the period 2018 to 2023 including all supporting documentation and attachments, and for any and all subsequent years as they become available during the course of this litigation.

Your Response: "Defendants object to this Request to the extent that it is overly broad, seeks irrelevant, immaterial, or unnecessary information, is not reasonably calculated to lead to the discovery of relevant or admissible evidence, or is in any way beyond the scope of disclosure

Page 3

required by the FRCP. Subject to, and notwithstanding the foregoing, Defendants respectfully refer Plaintiff to the bate-stamped documents produced simultaneously herewith."

Deficiency: Defendants have failed to provide federal income tax returns. Plaintiffs are entitled to this information in order to establish the $500K FLSA threshold. Please provide federal income tax returns for the Corporate Defendant from 2021 to 2023.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

__/s/ Robert Jun_____ __
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*